## GEER v. HOVY.

*A minor is no more liable in chancery for fraud in a contract, than at law.*

ERROR, to reverse a decree in chancery upon a petition Hovy v. Geer; showing that said Geer was a minor, under the age of twenty-one years; that he pretended he was of full age, and that the petitioner exchanged horses with him and was cheated by him, and that he is without remedy at law.

Plea in abatement — That the petitioner's remedy was equal in the law as in chancery; plea overruled; and the County Court upon a hearing, decreed that Geer should pay £10.

General errors — Judgment reversed, upon the ground that a minor is no more liable in equity than law for fraud in a contract, for if he is incapable of making, he is incapable of committing a fraud in a contract; besides, this would defeat the law made for the protection of minors; if, although they would not be liable upon their contracts yet by using deceit in them, they should be made liable.